McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRATAP SINGH,  )<br>      )<br>    Plaintiff,  )<br>      )<br>    v.  )<br>      )<br>Michael Chertoff, Secretary of Homeland )<br>Security, et al.  )<br>      )<br>    Defendants.  )<br>_____)  | No. 2:08-cv-00906-MCE-EFB<br><br>JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

   This is an immigration case in which plaintiff has challenged the delay in the adjudication of his immigrant petition by U.S. Citizenship and Immigration Services (CIS).  The government respectfully informs the Court that CIS is endeavoring to reach a resolution to the matter at the administrative level, and expects that this will occur within an additional 60 day period.

///
///
///
///
///
///

-1-

Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until August 25, 2008.

Dated: June 25, 2008

                        McGREGOR W. SCOTT
                        United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Jagdip Singh Sekhon
Jagdip Singh Sekhon
Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to August 25, 2008.

IT IS SO ORDERED.

Dated: July 2, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE