McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRATAP SINGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael Chertoff, Secretary of Homeland ) <br> Security, et al. ) <br> ) <br> Defendants. ) <br> ) | No. 2:08-cv-00906-MCE-EFB <br><br> SECOND JOINT STIPULATION RE: EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his immigrant petition by U.S. Citizenship and Immigration Services (CIS). The Court has previously granted the government one stipulated extension of time in which to answer, until August 25, 2008. The government respectfully informs the Court that the agencies involved continue to progress toward a resolution to the matter at the administrative level, and expects that this will occur within an additional 60 day period. Accordingly, the parties stipulate to a second extension of time in which to file the government's answer to the complaint, until October 24, 2008.

Dated: August 25, 2008           McGREGOR W. SCOTT
                                 United States Attorney

                         By:     /s/Audrey Hemesath
                                 Audrey B. Hemesath
                                 Assistant U.S. Attorney
                                 Attorneys for the Defendants

                         By:     /s/ Jagdip Singh Sekhon
                                 Jagdip Singh Sekhon
                                 Attorney for the Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to October 24, 2008.

IT IS SO ORDERED.


Dated:  August 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE