1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
8

9  PRATAP SINGH,                       )   No. 2:08-cv-00906-MCE-EFB
                                       )
10         Plaintiff,                  )   THIRD JOINT STIPULATION RE:
                                       )   EXTENSION OF TIME IN WHICH TO
11     v.                              )   FILE DEFENDANTS' ANSWER AND
                                       )   ORDER
12 Michael Chertoff, Secretary of Homeland )
   Security, et al.                    )
13                                     )
           Defendants.                 )
14 _____)

15

16     This is an immigration case in which plaintiff has challenged the delay in the adjudication of

17 his immigrant petition by U.S. Citizenship and Immigration Services (CIS). The Court has

18 previously granted the government two stipulated extension of time in which to answer, until

19 October 24, 2008.

20     Since the last stipulation, the parties have been active in transmitting paperwork and

21 gathering documents in an effort to bring the cases to the point where an interview can be

22 scheduled and a decision made. As of the time of this filing, however, an additional extension

23 period is needed to complete this process. The parties anticipate that the required documents will

24 be submitted shortly, an interview scheduled, and an administrative decision rendered.

25 Accordingly, the parties stipulate to a third extension of time in which to file the government's

   answer to the complaint, until January 24, 2009.

26

27 Dated: October 22, 2008
                                                   McGREGOR W. SCOTT
28                                                 United States Attorney

-1-

|   |   |   |
|---|---|---|
| 1 | By: | /s/Audrey Hemesath |
| 2 |  | Audrey B. Hemesath<br>Assistant U.S. Attorney |
| 3 |  | Attorneys for the Defendants |
| 4 | By: | /s/ Jagdip Singh Sekhon |
| 5 |  | Jagdip Singh Sekhon<br>Attorney for the Plaintiff |

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to January 24, 2009.

IT IS SO ORDERED.

Dated: October 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-