McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRATAP SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, ET AL.<br><br>    Defendants. | No. 2:08-CV-00906-MCE-EFB<br><br>FOURTH JOINT STIPULATION RE: EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his immigrant petition by U.S. Citizenship and Immigration Services (CIS). The Court has previously granted the government three stipulated extensions of time in which to answer, until January 24, 2008.

Since the last stipulation, all documents have been transmitted to the United States consulate in New Delhi. The applicants have been scheduled for an interview on January 27, 2009. It is anticipated that the adjudication will occur shortly after the interview.

///
///
///
///
///

Accordingly, the parties stipulate to a fourth extension of time in which to file the government's answer to the complaint, until March 24, 2009.

Dated: December 30, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Jagdip Singh Sekhon
Jagdip Singh Sekhon
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to March 24, 2009.

IT IS SO ORDERED.

Dated: January 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE