UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRATAP SINGH,<br><br>　　Petitioner,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security, ET AL.<br><br>　　Defendants. | NO. 2:08-cv-00906-MCE-EFB<br><br>ORDER RE:<br>PETITIONERS' *UNOPPOSED* MOTION TO VOLUNTARILY DISMISS PROCEEDINGS |

PDF created with pdfFactory trial version www.pdffactory.com

Petitioner's unopposed motion to voluntarily dismiss his case is hereby GRANTED. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com